UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD TRACY,

    Plaintiff(s),            No. C 06-0085 PJH

    v.                                **ORDER**

POLAR TANKERS, INC., et al.,

    Defendant(s).

_____/

Before the court is a notice of voluntary dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(I), filed by plaintiff on March 2, 2006. Such a dismissal is proper, however, only if filed before a defendant has answered the complaint. An answer was filed by ConocoPhillips on February 3, 2006. Accordingly, a stipulation for dismissal or an order of the court must be filed to terminate this case.

**IT IS SO ORDERED.**

Dated: March 3, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge