LYLE C. CAVIN, JR., SBN 44958
ALFRED G. JOHNSON, SBN 38790
CHRISTOPHER W. GOODROE, SBN 224386
LAW OFFICES OF LYLE C. CAVIN, JR.
201 Fourth Street, Suite 102
Oakland, California 94607
Telephone: 510-444-2501
Facsimile: 510-444-4209

Attorneys for Plaintiff,
Richard Tracy

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD TRACY, | Case No. C06-00085 PJH |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL OF ACTION** |
| v. | |
| POLAR TANKERS, INC., CONOCOPHILLIPS COMPANY, and DOES ONE through TEN, Inclusive, | |
| Defendants.         / | |

The parties hereby stipulate pursuant to F. R. C. P. Rule 41(a)(1) and request the Court to order that this action be dismissed, each party to bear its own costs.

Dated: April 7, 2006                           LAW OFFICES OF LYLE C. CAVIN, JR.

                                                By:   /s/
                                                   Alfred G. Johnson
                                                   Attorneys for Plaintiff
                                                   Richard Tracy

Dated: April 7, 2006                           KEESAL, YOUNG & LOGAN

                                                By:   /s/
                                                   Atlantis Tillman Langowski
                                                   Attorneys for Defendants
                                                   Polar Tankers, Inc. and ConocoPhillips

1
Notice of Voluntary Dismissal Without Prejudice, Case No. C06-00085 PJH

IT IS SO ORDERED.

Dated:  April  10 , 2006



Phyllis J. Hamilton
Judge Phyllis J. Hamilton